UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:07CR651-DJS |
| ) | |
| **RODERICK McARTHUR,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #24] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence [Doc. #17] is denied.

**IT IS FURTHER ORDERED** that the government's motion for pretrial determination of the admissibility of defendant's statements [Doc. #9] is granted.

Dated this __19th__ day of February, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE